RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Jesus Carreno-Serrano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS CARRENO-SERRANO,<br>Defendant. | Case No. 2:25-cr-00221-RFB-BNW<br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and Between Sigal Chattah, Acting United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Jesus Carreno-Serrano, that the preliminary hearing currently scheduled on September 2, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Mr. Carreno-Serrano has entered into a plea agreement with the government.
2. His change of plea and sentencing are scheduled for September 22, 2025

3. The parties are requesting a 45-day continuance of the preliminary hearing to allow Mr. Carreno-Serrano to enter his guilty plea and receive his sentence. At that time, the preliminary hearing in this matter can be vacated.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the preliminary hearing.

DATED August 13, 2025.

RENE L. VALLADARES
Federal Public Defender

By */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender

SIGAL CHATTAH
Acting United States Attorney

By */s/ Clay Plummer*
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS CARRENO-SERRANO,<br>Defendant. | Case No. 2:25-cr-00221-RFB-BNW<br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, September 2, 2025 at 10:00 a.m., be vacated and continued to ________________ at the hour of ___:___ __.m.; or to a time and date convenient to the court.

DATED this ___ day of August, 2025.

______________________________________
UNITED STATES MAGISTRATE JUDGE